

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-22-00286-CR

## IN RE JAIME LUEVANO

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

From what we can discern from his petition for writ of mandamus filed on September 1, 2022, relator, Jaime Luevano, seeks to compel the Coryell County District Attorney's Office to bring charges against unnamed officials at the Hughes Unit and Becky Moore, the Coryell County District Clerk. We do not have jurisdiction to issue a writ of mandamus against a district attorney, unless it is necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *see also In re Luevano*, No. 10-20-00139-CV, 2020 Tex. App. LEXIS 6159, at **1-2 (Tex. App.—Waco Aug. 5, 2020, orig. proceeding) (mem. op.); *In re Bowens*, No. 10-14-00277-CR, 2014 Tex. App. LEXIS 10689, at *1 (Tex. App.—Waco Sept. 25, 2014, orig. proceeding) (mem. op.) ("As a Court of

Appeals, we have no jurisdiction to compel a district attorney to act except to enforce our jurisdiction."). Relator has not alleged any need for this Court to enforce our jurisdiction. Accordingly, relator's September 1, 2022 petition for writ of mandamus is dismissed for want of jurisdiction.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
Petition dismissed
Opinion delivered and filed September 21, 2022
Do not publish
[OT06]

